IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20CR3095 |
| vs. | |
| JOHN HARVEY, | ORDER |
| Defendant. | |

This case was dismissed by Judge Gerrard, and the government has appealed the dismissal. Pretrial Services has reached out to the undersigned magistrate judge for guidance on whether the defendant remains under pretrial supervision. After reviewing statutory law, 18 U.S.C. 3143(c),

IT IS ORDERED that the defendant remains subject the court's prior orders setting conditions of release. (Filing No. 30).[1]

Dated this 2nd day of September, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To the extent they are still applicable, see also Filing Nos. 33 and 34 (orders modifying conditions of release).